UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-82012-CIV-CANNON

**RICHARD SPINDLER**,

 Plaintiff,

v.

**LABORATORY CORPORATION OF AMERICA**
and **MEDTOX LABORATORIES, INC.**,

 Defendants.
_____/

**<u>ORDER REQUIRING CERTIFICATES OF INTERESTED PARTIES</u>**[1]

The parties are directed to file, on or before **March 7, 2022**, Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of February 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

---

[1] The parties must not include Judge Cannon as an interested party unless she has an interest in the litigation.