AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Richard Spindler<br><br>*Plaintiff(s)*<br>v.<br>Laboratory Corporation of America, Medtox Laboratories, Inc., and Choice Lab, Inc.<br><br>*Defendant(s)* | Civil Action No. 21-82012-CIV-CANNON |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Choice Lab, Inc.
 221-B West Poplar Street
 Griffin, GA 30224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Matthew A. Goldberger
 1555 Palm Beach Lakes Blvd., Suite 1400
 West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: *Doris Jones*
Deputy Clerk

Date:   Mar 30, 2022