IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-82012-CIV-CANNON/REINHART

RICHARD SPINDLER,

    Plaintiff,

v.

LABORATORY CORPORATION OF AMERICA,
MEDTOX LABORATORIES, INC., and
CHOICE LAB, INC.

    Defendants.
_____/

## DEFENDANTS LABORATORY CORPORATION OF AMERICA AND MEDTOX LABORATORIES, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT

    Defendants Laboratory Corporation of America ("Labcorp") and Medtox Laboratories, Inc. ("Medtox") by and through their undersigned counsel, hereby respectfully move this Court for an enlargement of time in which to serve their responses, by motion or answer, to Plaintiff's Second Amended Complaint, and as grounds therefore states as follows:

    1.    On September 21, 2021, Plaintiff Richard Spindler filed a complaint captioned *Richard Spindler v. Laboratory Corporation of America, et al.* in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. Plaintiff filed an amended complaint (the "FAC") on October 12, 2021.

    2.    On November 2, 2021, Defendants removed the case to the United State District Court for the Southern District of Florida. Subsequently, on November 24, 2021, Defendants filed a motion to dismiss the FAC.

3. On March 4, 2022, the Court granted Defendants' motion to dismiss the FAC in its entirety, dismissing all six claims alleged against Defendants [ECF No. 28]. Further, as for the negligence claims asserted against Defendants, the Court dismissed with prejudice certain damages that Plaintiff sought recovery on. (*Id.*) The Court, however, allowed Plaintiff twenty-four (24) days to amend his complaint for a final time in accordance with the Court's Order dismissing the FAC. (*Id.*)

4. Subsequently, Plaintiff filed his Second Amended Complaint on March 25, 2022 [ECF No. 31]. Pursuant to Federal Rule of Civil Procedure 15, Labcorp and Medtox's response to the Second Amended Complaint is due to be filed on April 8, 2022.

5. Labcorp and Medtox respectfully request a three-week extension of the deadline for responding, by motion or answer, to the Second Amended Complaint through and including Friday, April 29, 2022.

6. The bases for the requested extension is a scheduled vacation from April 2 – April 10, 2022 of the lead associate drafting the response to the Second Amended Complaint, as well as additional, preexisting deadlines of Defendants' counsel. Because of these and other work-related commitments, Defendants' counsel respectfully request additional time in which to prepare and file Defendants' response to the Second Amended Complaint.

7. Defendants' counsel attempted to reach an agreement with Plaintiff's counsel to obtain Plaintiff's consent to the requested extension. Specifically, on Tuesday, March 29, 2022, counsel for Defendants, Malavika Rao Esq., sent an email to Plaintiff's counsel asking for Plaintiff's consent to a three-week extension of Defendants' time to respond to the Second Amended Complaint. Defendants' counsel followed up with Plaintiff's counsel via voicemail the following day, on Wednesday, March 30, 2022, and via email again on Thursday, March 31,

2022. Later in the afternoon, on Thursday, March 31, 2022, Plaintiff's counsel indicated that Plaintiff opposed the extension, with no explanation or basis for his position. After further inquiry by Defendants, Plaintiff's counsel indicated that he objected to any extension at all because the action was "older" and the Court set forth a trial date and scheduling order.

8. Neither objection provides a basis for the denial of the requested extension. The case is "older" because Plaintiff initially filed a defective pleading, which the Court fully recognized by granting Defendants' motion to dismiss the FAC in its entirety, including dismissing certain damages Plaintiff sought with prejudice. Additionally, to fully evaluate the new allegations in the Second Amended Complaint and to prepare their defenses and response, Defendants' counsel requires a short extension that does not prejudice any of the existing deadlines set in the scheduling order, nor the trial date scheduled to begin on February 27, 2023.[1] Given the defects in the FAC, Defendants anticipate that additional time to formulate their response to the Second Amended Complaint will assist in assessing the viability of Plaintiff's amended claims, further streamlining discovery and trial.

9. Pursuant to Federal Rule of Civil Procedure 6, the Court has the discretion to enlarge all deadlines.

10. This request for an extension of time is made in good faith and not for the purpose of delay. Defendants believe that this extension will not prejudice any party hereto.

---

[1] For instance, the next deadlines in the scheduling order are selecting a mediator (*i.e.*, April 18) and filing motions to amend the pleadings or join additional parties (*i.e.*, May 16). A short extension will not impact the parties' ability to select a mediator, and the Court made clear that the Second Amended Complaint was Plaintiff's "final opportunity to plead his claims" in accordance with the Court's order dismissing the FAC [ECF No. 28, p. 13].

WHEREFORE, Defendants Labcorp and Medtox respectfully request that the Court grant this Motion, and set defendants Labcorp and Medtox's deadline to respond to the Second Amended Complaint, by motion or answer, as April 29, 2022.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that undersigned counsel has conferred with counsel for Plaintiff concerning the relief sought in this motion. Plaintiff objects to the relief requested herein.

April 1, 2022

Respectfully submitted,

By */s/ Ari J. Glazer*
Ari J. Glazer, Esq.
Florida Bar No. 194212
aglazer@MMSSLaw.com
MOSKOWITZ, MANDELL & SALIM, P.A.
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33334
Telephone: (954) 491-2000
Facsimile: (954) 491-2051

Robert Steiner
New York Bar No. 2838621
(*Pro Hac Vice*)
Malavika Rao
New York Bar No. 5366018
(*Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(212) 808-7965
Fax (212) 808-7897
rsteiner@kelleydrye.com
mrao@kelleydrye.com

*Counsel for Defendants*
*Laboratory Corporation of America and*
*Medtox Laboratories, Inc.*