UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-82012-CIV-CANNON

**RICHARD SPINDLER,**

 **Plaintiff,**

v.

**LABORATORY CORPORATION OF AMERICA,
MEDTOX LABORATORIES, INC., and
CHOICE LAB, INC.**

 **Defendants.**
_____/

## DEFENDANT CHOICE LAB, INC.'S MOTION FOR EXTENSION TO TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Defendant Choice Lab, Inc. moves pursuant to Local Rule 7.1 for an extension of time to respond to the Second Amended Complaint as follows:

1. Following removal to this Court and the Court's dismissal of the initial compliant (doc. 28), the Plaintiff filed his Second Amended Complaint on March 25, 2022 (doc. 31) which, among other things, added Choice Lab, Inc. as a defendant.

2. On April 4, 2022, Choice Lab was served with the summons and Second Amended Complaint.

3. Choice Lab has just today retained the undersigned as its attorney.

4. Choice Lab needs a brief period of time for the undersigned attorney to investigate the allegations, familiarize himself with the record, and prepare a response to the Second Amended Complaint.

5. Choice Lab has previously communicated with Plaintiff's counsel seeking additional time to retain counsel and respond to the Second Amended Complaint which Plaintiff counsel has agreed to.

6. Choice Lab requests that the Court grant it a two-week extension from this coming Monday, that is, an extension to Monday, June 6, 2022, to file its response to the Second Amended Complaint.

7. Good cause for this extension exists because Choice Lab has just today retained counsel, Choice Lab is a small corporation with limited resources, Choice Lab has valid defenses to the Plaintiff's allegations, as reflected by, among other things, this Court's order of dismissal of the original complaint, and granting the requested extension will not necessitate the modification of the case schedule or otherwise unduly delay the orderly administration of the case.

8. Attached hereto is a proposed order granting this motion.

WHEREFORE, Choice Lab requests that the Court grant it an extension to respond to the Second Amended Complaint to June 6, 2022, and order such further relief as is equitable and just.

## CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL

The undersigned certifies that he has conferred in good faith with Counsel for the Plaintiff and the Plaintiff does not oppose the requested extension.

s/John C. Davis
JOHN C. DAVIS
Fla. Bar No. 827770
john@johndavislaw.net
Law Office of John C. Davis
2309 N.W. 18th Place
Gainesville, FL 32605
(850) 222-4770

                                        Attorney for Choice Lab, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2022, I electronically filed the foregoing Motion for Extension of Time to Respond to Second Amended Complaint with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        s/John C. Davis
                                        JOHN C. DAVIS
                                        Fla. Bar No. 827770
                                        john@johndavislaw.net
                                        Law Office of John C. Davis
                                        2309 N.W. 18th Place
                                        Gainesville, FL 32605
                                        (850) 222-4770
                                        Attorney for Choice Lab, Inc.

## SERVICE LIST

*Spindler v. Laboratory Corporation of America, et al.,* **Case No.: 21-82012-CIV-CANNON**

**Ari J. Glazer**
MOSKOWITZ, MANDEL, SALIM & SIMOWITZ, P.A.
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33334
West Palm Beach, Florida 33411
Telephone: (954)-491-2000
Facsimile: (954) 491-2051
Email: aglazer@mmsslaw.com

**Robert Steiner**
**Malavika Rao**
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7965
Facsimile: (212) 808-7897
Email: rsteiner@kelleydrye.com
mrao@kelleydrye.com

*Counsel for Defendants Laboratory Corporation of America and Medtox Laboratories, Inc.*

**Matthew A. Goldberger**
MATTHEW A. GOLDBERGER, P.A.
1555 Palm Beach Lakes Blvd., Suite 1400
West Palm Beach, Florida 33401
Telephone: 561-659-8337
Facsimile: 561-284-8938
Email: matthew@goldbergerfirm.com
service@goldbergerfirm.com

*Counsel for Plaintiff Richard Spindler*

**John C. Davis**
LAW OFFICE OF JOHN C. DAVIS
2309 N.W. 18th Place
Gainesville, FL 32605
(850) 222-4770
Email: john@johndavislaw.net

*Counsel for Choice Lab, Inc.*